THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QIFENG LI, XIAMIN HUANG, and QIWEI LI,<br><br>Defendants. | CASE NO. CR18-0124-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Xiamin Huang's motion to extend the date for pretrial motions (Dkt. No. 48), Defendant Qiwei Li's unopposed motion to continue the trial (Dkt. No. 50), Defendants Xiamin Huang and Qifeng Li's notices of joinder (Dkt. Nos. 53, 54), and Defendants' speedy trial waivers (Dkt. Nos. 55, 56, 59). Defendants indicate that discovery is not yet complete and what has been produced is voluminous, requiring additional time for review and analysis. (Dkt. No. 50 at 3.) In light of these circumstances, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B). The Court also finds that the ends of justice will be served by ordering a continuance, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and Defendants in a speedy trial.

1 *See* 18 U.S.C. § 3161(h)(7)(A).

2       For the foregoing reasons, Defendants' motion to continue the trial (Dkt. No. 50) is GRANTED. Trial in this matter is continued to January 28, 2019. All pretrial motions must be filed no later than December 21, 2018. The Court further ORDERS that the period of time from the date of this order until the new trial date shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for each Defendant. The Clerk is DIRECTED to terminate Defendant Xiamin Huang's motion to extend the pretrial motion deadline (Dkt. No. 48.)

      DATED this 19th day of July 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE