THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QIWEI LI,<br><br>　　　　　Defendant. | CASE NO. CR18-0124-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Qiwei Li's motion for leave to conventionally file digital media (Dkt. No. 62). Mr. Li seeks leave to file an audio recording of his June 5, 2018 detention hearing before the Honorable Brian A. Tsuchida, United States Magistrate Judge. (*Id*. at 1); (*see* Dkt. No. 43, 45). Mr. Li wishes to make the recording available to the Court to assist it in considering his motion to revoke Judge Tsuchida's detention order. (*See* Dkt. No. 62.) Mr. Li's motion to conventionally file digital media (Dkt. No. 62) is GRANTED.

//

//

//

DATED this 23rd day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER CR18-0124-JCC
PAGE - 2