THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0124-JCC |
| Plaintiff, | ORDER |
| v. | |
| QIFENG LI, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion to modify an existing protective order (Dkt. No. 74). Having thoroughly considered the original protective order (Dkt. No. 58), the proposed modification (Dkt. No. 74), and the relevant record, the Court hereby GRANTS the motion.

Under the original protective order, Defendants were only allowed to review material subject to the protective order in the presence of their respective counsel. (Dkt. Nos. 58 at 2; 74 at 1.) The Government and Defendants agree that, given the volume of material subject to the protective order, a modification that allows Defendants, either with or without counsel present, to review the material in a controlled environment at the Federal Detention Center is appropriate and in the best interests of justice. (Dkt. No. 74 at 2.) The parties request the following modification to the original protective order:

"The attorneys of record and members of each Defendant's defense team may show and

1  display the items listed and marked as Protective Material to their respective Defendant.
2  Defendants who are residing at the Federal Detention Center (FDC) will be permitted to review
3  the Protected Material, consistent with the regulations established by the Bureau of Prisons, with
4  or without their respective counsel in a controlled environment at the FDC. Each Defendant is
5  prohibited from printing out, copying, disseminating, or maintaining copies of protected material
6  outside of the controlled environment at FDC." (Dkt. No. 74 at 2.)
7       The proposed modification to the protective order (Dkt. No. 74) is GRANTED. The
8  Court's original protective order (Dkt. No. 58) remains otherwise unchanged.
9       DATED this 24th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2