THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QIFENG LI, *et al.*,<br><br>　　　　　Defendants. | CASE NO. CR18-0124-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Qifeng Li and Qiwei Li's stipulated motion to continue the trial date and pretrial motions deadline (Dkt. No. 97). Before the Court can consider the motion, all parties, including Defendant Xiamin Huang, need to join the motion.

DATED this 12th day of December 2018.

　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR18-0124-JCC
PAGE - 1