THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0124-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| QIFENG LI, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for a scheduling order to govern the claims to preliminarily forfeited real property (Dkt. No. 158). The Court may permit discovery and entertain motions related to a third-party claim pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court may conduct that hearing pursuant to 21 U.S.C. § 853(n)(2), (4)–(6). Therefore, the motion is GRANTED. The Court ORDERS the following:

1. The United States, Boeing Employee's Credit Union, and any additional third-party claimants (collectively, the "Parties") may engage in discovery related to the third-party claims. The discovery period closes on October 4, 2019;

2. Thereafter, the Parties shall file any dispositive motions no later than November 1,

2019; and

3. If necessary, an evidentiary hearing will be held on any disputed third-party claims at 9:30 a.m. on January 7, 2020.

DATED this 1st day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk