UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0124-JCC |
| Plaintiff, | ORDER |
| v. | |
| QIWEI LI et al., | |
| Defendants, | |
| and, | |
| DLC ENTERPRISES, | |
| Third-Party Claimant. | |

This matter comes before the Court on the parties' settlement agreement (Dkt. No. 164). Having considered the agreement and the relevant record, the Court hereby APPROVES the agreement and ENTERS a final order of forfeiture as follows:

1. The following real property is fully and finally condemned and forfeited, in its entirety, to the United States: 4223 South 261st Street, Kent, Washington. Upon entry of this Order, no right, title, or interest in this real property shall exist in any party other than the United States; and

2. The Department of the Treasury and/or its designated representatives are

authorized to dispose of this real property as permitted by governing law.

DATED this 10th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0124-JCC
PAGE - 2