THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0124-JCC |
| Plaintiff, | ORDER |
| v. | |
| QIFENG LI et al., | |
| Defendants, | |
| and, | |
| BOEING EMPLOYEES' CREDIT UNION, | |
| Third-Party Claimant. | |

This matter comes before the Court on the parties' settlement agreement. (Dkt. No. 166.) Having considered the agreement and the relevant record, the Court hereby APPROVES the agreement and ENTERS a final order of forfeiture as follows:

1. The following real property is fully and finally condemned and forfeited, in its entirety, to the United States: 6916 South 124th Street, Seattle, Washington. Upon entry of this order, no right, title, or interest in this real property shall exist in any party other than the United States; and

2. The Department of the Treasury and/or its designated representatives are

ORDER
CR18-0124-JCC
PAGE - 1

authorized to dispose of this real property as permitted by governing law.

DATED this 1st day of October 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0124-JCC
PAGE - 2