THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>QIFENG LI, and QIWEI LI,<br><br>    Defendants. | CASE NO. CR18-0124-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 167). The motion concerns the following real properties:

1. The real property located at 8310 37th Avenue South, Seattle, Washington 98118, titled in the name of Beaver Creek 7, LLC (King County Parcel Nos. 4006000574 and 4006000575); and

2. The real property located at 234 SW 137th Street, Burien, Washington 98166, titled in the name of Qiwei Li (King County Parcel No. 4337600085).

Having considered the motion and the relevant record, the Court FINDS that forfeiture is appropriate for the following reasons:

1. On June 25, 2019, the Court entered preliminary orders of forfeiture (Dkt. Nos. 154–55) that found the above-identified real properties forfeitable pursuant to 18 U.S.C. § 853 and that forfeited Defendants' interests in them;

2. Thereafter, the United States published notices of the forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (*see* Dkt. Nos. 162–63), and the United Sates provided direct notice to identified potential claimants as required by Rule 32.2(b)(6)(A), (*see* Dkt. No. 167-1); and

3. The time for filing third-party petitions expired, and none were filed, (Dkt No. 167 at 2).

Given the Court's findings, the Court GRANTS the motion and ORDERS that:

1. No right, title, or interest in the above-identified real properties exists in any party other than the United States;

2. The real properties are fully and finally condemned and forfeited, in their entirety, to the United States; and

3. The United States Department of Homeland Security, Homeland Security Investigations, and/or their representatives are authorized to dispose of the real properties as permitted by governing law.

DATED this 23rd day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE